IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DARLENE GIBBS,** *et al.*,
*on behalf of themselves and all individuals similarly situated,*

    **Plaintiffs,**

v.

**ELEVATE CREDIT, INC.,**

    **Defendant.**

Civil Action No. 3:20cv632

## AMENDED ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court:

(1) DENIES the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2), (ECF No. 9); and,

(2) DENIES the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), (ECF No. 11).

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 10/17/2021
Richmond, Virginia