**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**DARLENE GIBBS,** *et al.***,**
on behalf of themselves and all
individuals similarly situated,

      **Plaintiffs,**

v.                                                                Civil Action No. 3:20-CV-632-MHL

**ELEVATE CREDIT, INC.**

      **Defendant.**

**JOINT CONSENT MOTION FOR ENTRY**
**OF STIPULATED PROTECTIVE ORDER**

      Plaintiffs, Darlene Gibbs, Kimetra Brice, Earl Browne, Sharon Burney, and Stephanie Edwards, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendant Elevate Credit, Inc. ("Elevate") (collectively, the "Parties), through their respective attorneys of record, hereby move this Honorable Court pursuant to Federal Rule of Civil Procedure 26(c)(1) for an order protecting the disclosure of confidential information. The Parties' have agreed to the proposed Stipulated Protective Order attached as Exhibit "1" to this Motion.

      For all the foregoing reasons, Plaintiffs and Defendant respectfully request that the Court grant their Motion and enter the proposed protective order.

Dated: January 25, 2022                Respectfully submitted,
                                              **KELLY GUZZO, PLC**

                                              By: */s/Kristi Cahoon Kelly*
                                                  Of Counsel

                                            Kristi C. Kelly, VSB #72791
                                            Andrew J. Guzzo, VSB # 82170
                                            Pat McNichol, VSB #92699

**KELLY GUZZO, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: pat@kellyguzzo.com

Leonard A. Bennett, #37523
Craig C. Marchiando, #89736
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Anna Claire Haac
Tyco & Zaverei LLP
1828 L Street NW
Suite 1000
Washington, DC 20036
Telephone: (202) 417-3654
Facsimile: (202) 973-0950
Email: ahaac@tzlegal.com
*Counsel for Plaintiffs*


By: */s/   John Michael Erbach*
Joel W. Reese
Peter D. Marketos
**REESE MARKETOS LLP**
750 N. St. Paul St.
Suite 600
Dallas, TX 75201
Telephone: (214) 382-9801
Facsimile: (214) 501-0731
Email: joel.reese@rm-firm.com
Email: pete.marketos@rm-firm.com

M. F. Connell Mullins, Jr.
John Michael Erbach
**SPOTTS FAIN PC**

2

        411 East Franklin Street, Suite 600
        Richmond, VA 23219
        Telephone: (804) 697-2000
        Facsimile: (804) 697-2100
        Email: cmullins@spottsfain.com
        Email: jerbach@spottsfain.com
        *Counsel for Defendant Elevate Credit, Inc.*